IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCUS WALTON**                                                                                          **PLAINTIFF**

V.                                           NO. 4:21-cv-00776-LPR-ERE

**TISH JHONSON, Administrator;**
**STAN MCGAHEE, Sheriff; and**
**DOES**                                                                                                        **DEFENDANTS**

**ORDER**

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. Mr. Walton has not filed an Objection, and the time for doing so has expired. After a careful and *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Walton may proceed on his deliberate-indifference claim against Defendants Jhonson and McGahee. His remaining claims are DISMISSED without prejudice as improperly joined. The Clerk is instructed to terminate the Does as party Defendants.

IT IS SO ORDERED this 7th day of December 2021.

_____
LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE