IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCUS WALTON**                                                                       **PLAINTIFF**

V.                           NO. 4:21-cv-00776-LPR-ERE

**TISH JHONSON,** *et al.*                                                              **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.      Procedure for Filing Objections**

This Recommendation for the dismissal of Mr. Walton's claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.     Discussion**

Plaintiff Marcus Walton, formerly a pre-trial detainee at the Dallas County Detention Center, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. On May 24, 2022, mail sent from the Court to Mr. Walton was returned as undeliverable with the notation "inmate no longer in this facility." *Doc. 26.*

On May 25, 2022, the Court ordered Mr. Walton to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 27*. To date, he has not responded to the Court's May 25 Order, and the time to do so has passed.

Mr. Walton has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order. *Doc.3*. As a result, the Court has no way to communicate with Mr. Walton regarding his lawsuit.

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Walton's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond to the Court's May 25 Order; (3) address the filing fee requirement; and (4) prosecute this lawsuit.

2. Defendants' motion to compel discovery (*Doc. 24*) be DENIED, as moot.

Dated this 27th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE