IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCUS WALTON**                                                                          **PLAINTIFF**

v.                                       No. 4:21-CV-00776-LPR

**TISH JHONSON, et al.**                                                  **DEFENDANTS**

### ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Walton's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's May 25, 2022 Order. Judgment shall be entered accordingly, and this case will be CLOSED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 7th day of November 2022.

                                                                    _____
                                                                    LEE P. RUDOFSKY
                                                                    UNITED STATES DISTRICT JUDGE