IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCUS WALTON**                                                  **PLAINTIFF**

V.                          NO. 4:21-cv-00776-LPR-ERE

**TISH JHONSON**, *et al*.                                         **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered today and all previous Orders, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case are DISMISSED. This case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 7th day of November 2022.

                                                                  _____
                                                                  LEE P. RUDOFSKY
                                                                  UNITED STATES DISTRICT JUDGE